**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **CRIMINAL NO. 3:23-CR-353-S** |
| **YASMIN GARCIA-SOTELO** | § | |

FILED

MAY 2 7 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**
**AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant **YASMIN GARCIA-SOTELO** is charged in an petition with a violation of the terms of probation. On this date, the undersigned United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's knowing and voluntary plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the undersigned magistrate judge recommends the United States District Judge find that Defendant violated the terms of her conditions of probation and revoke Defendant's term of probation.

It is further recommended that the Court impose a sentence of 3 months imprisonment, with credit for time served in federal custody pending revocation, and with no further term of supervised release to follow.

**SO RECOMMENDED** on May 27, 2026.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of probation, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **YASMIN GARCIA-SOTELO** hereby

☒ waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.

☐ do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

_5-27-24_
Date

_____
Defendant

_____
Defense Counsel

**Waiver Consented to by United States**

_____
Assistant U.S. Attorney